IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-00168

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMAL MARKEL DANIELS,

    Defendant.

ORDER

    This matter comes before the court on Defendant's failure to comply with Rule 2(c) of the Rules Governing § 2255 proceedings and Local Civil Rule 81.2. On December 27, 2023, Defendant moved to "vacate his conviction." DE 38. The motion did not substantially comply with the form appended to the Rules Governing § 2255 Proceedings. DE 47. The court ordered that a copy of this form be sent to Defendant, and it gave Defendant thirty (30) days to return an amended motion. *Id.* The deadline has passed, and Defendant has not complied.

    Therefore, Defendant's Motion to Vacate is DENIED WITHOUT PREJUDICE. The Clerk of Court is DIRECTED to send a copy of the appropriate § 2255 form to Defendant alongside a copy of this order.

SO ORDERED this 25th day of September, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE